AO 243 (Rev. 01/15)

Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **Of Florida (Miami)** | |
|---|---|---|
| Name (under which you were convicted): **Taurus Taylor** | | Docket or Case No.: **02-cr-20286-Huck** |
| Place of Confinement: **FCI Coleman Medium** | | Prisoner No.: **56195-004** |
| UNITED STATES OF AMERICA v. | | Movant (include name under which convicted) **Taurus Taylor** |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

    **Southern District Of Florida**

    (b) Criminal docket or case number (if you know): **02-cr-20286-Huck**

2. (a) Date of the judgment of conviction (if you know): **October 31, 2002**

    (b) Date of sentencing: _____

3. Length of sentence: **955 months**

4. Nature of crime (all counts): **Count 1: 18 U.S.C. 1951(b); Count 2: 18 U.S.C. 924(c)(1), 924(o); Count 3, 5, and 7: 18 U.S.C. 1951(a); Counts 4, 6, and 8: 18 U.S.C. 924(c)(1)**

FILED BY **MD** D.C.
JAN 12 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

5. (a) What was your plea? (Check one)
    (1) Not guilty [✓]  (2) Guilty [ ]  (3) Nolo contendere (no contest) [ ]

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)  Jury [✓]  Judge only [ ]

    Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes [ ]  No [✓]

    Did you appeal from the judgment of conviction?  Yes [✓]  No [ ]

AO 243 (Rev. 01/15)

9. If you did appeal, answer the following:
   (a) Name of court: Eleventh Circuit Court Of Appeals
   (b) Docket or case number (if you know): 02-cr-20286-Huck
   (c) Result: Affirmed
   (d) Date of result (if you know): N/A
   (e) Citation to the case (if you know): N/A
   (f) Grounds raised: Insufficiency Of Evidence As To Affect On Interstate Commerce In Violation Of Hobbs Act robbery

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☑   No ☐
      If "Yes," answer the following:
      (1) Docket or case number (if you know): 02-Cr-20286-Huck
      (2) Result: Denied
      (3) Date of result (if you know): N/A
      (4) Citation to the case (if you know): N/A
      (5) Grounds raised: Insufficiency Of Evidence As To Affect On Interstate Commerce In violation Of Hobbs Act robbery

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☑   No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: Souther District of Florida
    (2) Docket or case number (if you know): 05-civ-20134-Huck
    (3) Date of filing (if you know): N/A
    (4) Nature of the proceeding: Motion To Vacate 28 U.SC 2255
    (5) Grounds raised: Ground One: Ineffective Assistance Of Counsel For failure To Preserve Defective

AO 243 (Rev. 01/15)

Page 4

Indictment Challenges; Ground 2: Failure To Conduct Adequate Investigation; Ground Three: Failure To Make and Preserve Jury Instruction Objections; Ground Four: Failed To Move For Mistrial; Grounds Six - Nine: Ineffective Counsel

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
   Yes ☐   No ☑

(7) Result: __Motion denied__

(8) Date of result (if you know): __August 17, 2005__

(b) If you filed any second motion, petition, or application, give the same information:

   (1) Name of court: __Southern District of Florida__
   (2) Docket of case number (if you know): __05-CIV-21464-Huck__
   (3) Date of filing (if you know): _____
   (4) Nature of the proceeding: __Second or Successive 28 U.S.C. 2255 Motion__
   (5) Grounds raised: __Not Given Opportunity To Reply Or More Fully Develop Claims Presented In 28 U.S.C. 2255 Motion__

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
   Yes ☐   No ☑

(7) Result: __Denied__

(8) Date of result (if you know): __September 30, 2005__

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
   (1) First petition:    Yes ☑   No ☐
   (2) Second petition:   Yes ☑   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)

Page 5

**GROUND ONE:** It Was Error To Instruct A Jury That It Can Convict On Alternative Theories Of Guilt,

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
One of Which Was Invalid.

Trial Counsel was Ineffective For Not Moving To Dismiss Counts 4, 6, and 8. Which List Hobbs Act Conspiracy And Hobbs Act Robbery As Crimes of Violence As Applied To Those Counts. Prejudice Is Inferred because Those Errors Led Court To wrongfully Impose A Sentence Above The Statutory Maximum.

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐  No ☑
  (2) If you did not raise this issue in your direct appeal, explain why:

Ineffective Assistance Of Counsel

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐  No ☑
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition:
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):
  Date of the court's decision:
  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐  No ☐
  (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐  No ☐
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

GROUND TWO: Section 924(c) Is Ambiguos Because It Does Not Clarify What "Greater Minimum Sentence" Means Under 18 U.S.C. 924(c)(1)(A's) Except Clause.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Anti-Stacking Component Of 924(c) Is 18 U.S.C. 924(c)(1)(A's) Except Clause. Which Infers that Multiple 924(c) Sentences Is To Run Concurrent To Each Other (Emphasis On The Greater Minimum Sentence) But Consecutive To Sentence Imposed On Crime Of Violence Or Drug Trafficking Crime. The Petitioners 24 yr Minimum Mandatory Sentence Is Unconstitutional Bec- See Attachment

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Ineffective Assistance Of Counsel

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐    No ☑

Ground Two: cont'd.                                    Page 6

Cause The 924(c) Sentences Were Run Consecutive To Each Other. An Outdated Practice That 18 U.S.C. 924(c)(1)(A's) Except Clause Forbid. The Rule Of Lenity Should Apply.

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** Attempted Hobbs Act Robbery Is Not A "Crime Of Violence" Under 18 U.S.C. 924(c)(3)(A) Element Clause.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The Petitioner Maintains That He Is Actually Innocent Of His 924(c) Conviction In Count Four, And Ask That The Court Hold Its Proce-

eding In Abeyance Pending The Outcome of In Re Taylor, 2020 U.S. App. Lexis 21517. (July 10, 2020). Which Is Now Pending In The U.S. Supreme Court.

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing: _____

    (b) At the arraignment and plea: _____

    (c) At the trial: _____

    (d) At sentencing: _____

    (e) On appeal: _____

    (f) In any post-conviction proceeding: _____

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes [✓]   No [ ]

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes [ ]   No [✓]

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____
    (c) Give the length of the other sentence: _____
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes [✓]   No [ ]

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Therefore, movant asks that the Court grant the following relief:

__Vacate Counts 4, 6, and 8__
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __12/28/21__
(month, date, year)

Executed (signed) on __12/28/21__ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

TAURUS TAYLOR
REG.NO. 56195-004
FCI COLEMAN MEDIUM
FEDERAL CORRECTION INSTITUTE
P.O. BOX 1032
COLEMAN, FL 33521

Tampa/St. P
THU 06 JAN



CLERK OF C
WILKIE D. FE
UNITED STATE
400 NORTH N
ROOM 8
MIAMI, FL

LEGAL MAIL: